Michael C. GREENSPON, Petitioner Below, Appellant,

v.

BLACK KNIGHT FINANCIAL SERVICES, INC., Citi Bank, N.A., Respondents Below, Appellees.

No. 41, 2017

Supreme Court of Delaware.

Submitted: June 20, 2017

Decided: September 15, 2017

Rehearing En Banc or Reargument Denied October 17, 2017

Court Below—Superior Court of the State of Delaware, C.A. No. N16M–02–187.

AFFIRMED.

James R. SIMMERS, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 83, 2017

Supreme Court of Delaware.

Submitted: August 11, 2017

Decided: September 25, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 1403009301 (N)

AFFIRMED.

Steven D. MILLER, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 165, 2017

Supreme Court of Delaware.

Submitted: June 21, 2017

Decided: September 22, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 0801008964 (S)

GRANTED. AFFIRMED.

In the MATTER OF the Petition of George K. TRAMMELL III, for a Writ of Prohibition

No. 323, 2017

Supreme Court of Delaware.

Submitted: September 1, 2017

Decided: September 25, 2017

DISMISSED.